IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LAURA PAGE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION 12-0087-WS-M** |
| | ) |
| **JP MORGAN CHASE BANK,** *et al.***,** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

On this date, the parties confirmed to Magistrate Judge Milling's staff that this action has been compromised and settled in its entirety.  It is therefore **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear her or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 30th day of April, 2012.

                                            s/ WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE