UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SELMA DIVISION

| | |
|---|---|
| **Laura Page**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.: 2:12-cv-00087-WS-M |
| ) | |
| **JP Morgan Chase Bank, and** **)** | |
| **GC Services Limited Partnership,** ) | |
| ) | |
| *Defendants*. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, by and through counsel, and stipulate, pursuant to Rule 41 of the FEDERAL RULES OF CIVIL PROCEDURE, that all claims alleged in the Complaint by Plaintiff against Defendants are due to be dismissed, with prejudice, with the Parties bearing their own costs, attorneys' fees and expenses. Electronic signatures have been placed on this Joint Stipulation with express permission from all counsel.

**RESPECTFULLY SUBMITTED** this the 30th day of May, 2012.

*/s/ Anthony B. Bush*
Anthony Brian Bush, Esq.
Counsel for Plaintiff
Bush & Faulk, LLC
529 South Perry Street, Suite 18
Montgomery, Alabama 36104


*/s/ Elizabeth Humphrey Huntley*
Elizabeth Humphrey Huntley, Esq.
Lightfoot Franklin & White, LLC
The Clark Building
400 20th St N
Birmingham, Alabama 35203-3200

/s/ *L. Jackson Young, Jr.*
L. Jackson Young, Jr., Esq.
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of May, 2012, I have served a true and correct copy of the foregoing document via either United States Postal Mail, properly addressed and postage prepaid, or email on the following:

Elizabeth Humphrey Huntley, Esq.
Lightfoot Franklin & White, LLC
The Clark Building
400 20th St N
Birmingham, AL 35203-3200

L. Jackson Young, Jr., Esq.
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

/s/ *Anthony B. Bush*
Of Counsel